AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-02161-LGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **BNT Furniture, Inc.**
was recieved by me on  **4/07/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Tayfur Ozkaynak**, who is designated by law to accept service of process on behalf of **BNT Furniture, Inc.** at **205 Chubb Avenue unit 150 d, Lyndhurst, NJ 07071** on **04/07/2023 at 2:24 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  04/10/2023

*Server's signature*

**Paul Grosswald**
*Printed name and title*

**98 W. End Avenue**
**Summit, NJ 07901**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Tayfur Ozkaynak who indicated they were the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald white male contact 35-45 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with a beard and an accent.  he stated he is the owner of the company and is authorized to accept service.**




Tracking #: **0104283500**