UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANELYS HERNANDEZ,
                             Plaintiff,

               -against-

BNT FURNITURE, INC.,
                            Defendant.
------------------------------------------------------------X

23 Civ. 2161 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order, dated March 16, 2023, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

    WHEREAS, the initial pretrial conference is scheduled for May 3, 2023, at 4:20 P.M.;

    WHEREAS, Defendant was served on April 7, 2023;

    WHEREAS, Defendant has not appeared in this case;

    WHEREAS, the parties failed to file the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that, if Plaintiff is in communication with Defendant, the parties shall file the joint letter and proposed case management plan no later than **May 1, 2023 at noon,** and shall explain why they have not complied with the Court's deadlines.  If Defendant refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them.  If Plaintiff is not in communication with the Defendants, no later than **May 1, 2023 at noon**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant and related papers as provided in the Court's Individual Rules.

Dated: April 27, 2023
       New York, New York

                                         LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE