UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :

JANELYS HERNANDEZ,                :

                   Plaintiff,    :                       23 Civ. 2161 (LGS)

              -against-        :                        ORDER

BNT FURNITURE, INC.,         :

               Defendant.  :
                                                   :
-----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the initial pretrial conference in this matter is scheduled for May 17, 2023,

        WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

        **ORDERED** that the May 17, 2023, initial pretrial conference is **cancelled**.  If the parties

believe that a conference would nevertheless be useful, they should inform the court immediately

so the conference can be reinstated.  The case management plan and scheduling order will issue

in a separate order.  The parties' attention is particularly directed to the provisions for periodic

status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and

setting of a trial date.  It is further

        **ORDERED** that if Defendant(s) seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

        **ORDERED**, regarding settlement discussions, the parties' request for a referral to the

District's Mediation Program is **GRANTED**.  The referral will issue in a separate order.

        The parties should be aware that the Court does not extend the deadlines for fact and

expert discovery absent compelling circumstances.

Dated: May 11, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE