UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERNANDEZ,

                        Plaintiff,

-against-

BNT FURNITURE, INC.,

                        Defendant.
------------------------------------------------------------X

23 Civ. 2161 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan and Scheduling Order entered on May 11, 2023, required the parties to file a joint status letter, as outlined in the Court's Individual Rule IV.A.2, by July 10, 2023;

      WHEREAS, the parties have not filed their joint status letter. It is hereby

      **ORDERED** that the parties shall file their joint letter by July 14, 2023. The parties are reminded to comply with the deadlines set in the Case Management Plan.

Dated: July 11, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE