UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                               :
    HERNANDEZ,                                 :
                            Plaintiff,         :
                                               :                 23 Civ. 2161 (LGS)
    -against-                                  :
                                               :                 ORDER
    BNT FURNITURE, INC.,                        :
                            Defendant.         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order entered on May 11,

2023, required the parties to file a joint status letter, as outlined in the Court's Individual Rule

IV.A.2, by July 10, 2023.  The parties did not file a joint letter.  The Order dated July 11, 2023,

instructed the parties to file their joint status letter by July 14, 2023;

WHEREAS, the parties have not filed their joint status letter.  It is hereby

**ORDERED** that the parties shall file their joint letter by July 21, 2023.  Failure to do so

may result in sanctions.

Dated: July 17, 2023
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE