UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERNANDEZ,
                              Plaintiff,

                                                       23 Civ. 2161 (LGS)

-against-

                                                       ORDER

BNT FURNITURE, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan and Scheduling Order entered on May 11, 2023, required the parties to file a joint status letter, as outlined in the Court's Individual Rule IV.A.2, by July 10, 2023.  The parties did not file a joint letter.  The Order dated July 11, 2023, instructed the parties to file their joint status letter by July 14, 2023.  The parties again did not file a joint letter.  The Order dated July 17, 2023, instructed the parties to file their joint letter by July 21, 2023, and warned that a failure to do so may result in sanctions;

      WHEREAS, on July 18, 2023, the parties simply re-filed the joint letter they previously filed on May 10, 2023, with the date updated but no other substantive changes.  The joint letter should have complied with the Court's Individual Rule IV.A.2, including a description of the procedural history of the case to date and the parties' plans to ensure they meet the Court ordered discovery deadlines.  It is hereby

      **ORDERED** that the parties shall file their joint letter, in compliance with Individual Rule IV.A.2 by July 28, 2023.  Failure to do so may result in sanctions, including dismissal of the case for failure to prosecute.

Dated: July 24, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE